| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 531 | Car GUARD Christi2 | 7723706848 | +17723613485 | 2020-02-24 | 1:44 PM | 09m 42s | Incoming | **Callguard Christi** |
| 424 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-06 | 4:39 PM | 10s | Incoming | |
| 423 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-06 | 5:37 PM | 11s | Incoming | |
| 420 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-06 | 6:50 PM | 00s | Rejected | |
| 411 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-10 | 2:38 PM | 00s | Missed | |
| 383 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-13 | 12:42 PM | 00s | Missed | |
| 376 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-13 | 6:42 PM | 09s | Incoming | |
| 337 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 10:47 AM | 00s | Missed | |
| 336 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 10:49 AM | 00s | Missed | |
| 330 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 2:34 PM | 00s | Missed | |
| 329 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 2:37 PM | 00s | Rejected | |
| 326 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 3:07 PM | 01m 08s | Outgoing | **Called to confirm it was carguard** |
| 324 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 5:32 PM | 26s | Incoming | **hi this is brandon calling me from auto renewal center. faxtory warranty was about to expire. He has a couple option he could. Please dont call back.** |
| 320 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-20 | 6:42 PM | 00s | Missed | |
| 274 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-25 | 12:35 PM | 35s | Incoming | |
| 261 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-26 | 4:03 PM | 00s | Missed | |
| 257 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-27 | 12:40 PM | 00s | Missed | |
| 254 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-03-27 | 4:19 PM | 20s | Incoming | **Molly with auto services. i asked her to take me off of the list** |
| 225 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-01 | 6:39 PM | 00s | Missed | |
| 224 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-01 | 6:42 PM | 00s | Missed | |
| 223 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-02 | 10:06 AM | 00s | Missed | |
| 222 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-02 | 10:42 AM | 00s | Missed | |
| 220 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-02 | 12:52 PM | 00s | Missed | |
| 215 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-02 | 5:28 PM | 17m 56s | Incoming | **Nicole with auto services, calling to extend warranty. Transfered to David senior auto services. My warrranty expired. He went over prices. I asked for thGuarde name of their website to confirm that it wasnt a scam. They sent me to CarGuards website.** |
| 212 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-03 | 12:19 PM | 00s | Missed | |
| 210 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-03 | 1:35 PM | 00s | Missed | |
| 209 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-03 | 1:45 PM | 00s | Missed | |
| 207 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-03 | 4:24 PM | 00s | Missed | |

| # | Name | Number | Formatted | Date | Time | Duration | Type | Note |
|---|---|---|---|---|---|---|---|---|
| 206 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-03 | 5:21 PM | 00s | Missed | |
| 190 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-06 | 11:43 AM | 00s | Rejected | |
| 188 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-06 | 2:45 PM | 00s | Missed | |
| 183 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-07 | 10:23 AM | 00s | Missed | |
| 182 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-07 | 10:57 AM | 00s | Missed | |
| 181 | Carguard 2474227 | 7723706848 | +17722474227 | 2020-04-07 | 11:35 AM | 00s | Missed | |
| 683 | Carguard 4 | 7723706848 | +17722475048 | 2020-01-13 | 11:44 AM | 00s | Rejected | |
| 589 | Carguard 4 | 7723706848 | +17722475048 | 2020-02-13 | 2:29 PM | 00s | Rejected | |
| 585 | Carguard 4 | 7723706848 | +17722475048 | 2020-02-14 | 2:24 PM | 00s | Outgoing | |
| 582 | Carguard 4 | 7723706848 | +17722475048 | 2020-02-14 | 3:50 PM | 00s | Outgoing | |
| 396 | Carguard 4 | 7723706848 | +17722475048 | 2020-03-12 | 2:45 PM | 00s | Rejected | |
| 393 | Carguard 4 | 7723706848 | +17722475048 | 2020-03-12 | 2:58 PM | 00s | Outgoing | |
| 327 | Carguard 4 | 7723706848 | +17722475048 | 2020-03-20 | 3:06 PM | 00s | Outgoing | |
| 522 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-02-25 | 4:01 PM | 00s | Missed | |
| 521 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-02-26 | 1:48 PM | 00s | Missed | |
| 457 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-03 | 5:30 PM | 00s | Rejected | |
| 427 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-06 | 1:44 PM | 00s | Missed | |
| 421 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-06 | 6:44 PM | 00s | Missed | |
| 397 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-12 | 1:52 PM | 00s | Missed | |
| 386 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-13 | 10:20 AM | 00s | Missed | |
| 362 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-17 | 5:02 PM | 00s | Missed | |
| 357 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-19 | 11:34 AM | 29s | Incoming | |
| 356 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-19 | 11:40 AM | 04m 32s | Outgoing | Hi I had a missed call from this number. Calling to confirm that it was Car Guard |
| 346 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-19 | 1:36 PM | 09s | Incoming | |
| 340 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-19 | 7:00 PM | 00s | Missed | |
| 338 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 10:04 AM | 00s | Missed | |
| 335 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 11:00 AM | 00s | Missed | |
| 334 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 11:31 AM | 00s | Missed | |
| 333 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 11:32 AM | 00s | Missed | |
| 332 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 11:32 AM | 00s | Rejected | |
| 328 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 3:02 PM | 01s | Outgoing | |
| 323 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 5:44 PM | 00s | Missed | |
| 322 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-20 | 5:48 PM | 06m 43s | Outgoing | |
| 317 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-21 | 4:45 PM | 00s | Outgoing | |
| 303 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-23 | 10:11 AM | 00s | Rejected | |
| 302 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-23 | 10:11 AM | 00s | Missed | |
| 301 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-23 | 10:12 AM | 00s | Missed | |
| 300 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-23 | 12:23 PM | 00s | Missed | |
| 285 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-24 | 11:17 AM | 00s | Rejected | |
| 284 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-24 | 11:17 AM | 00s | Rejected | |
| 277 | CarGUARD AMBER | 7723706848 | +17722472952 | 2020-03-25 | 12:33 PM | 31s | Incoming | |

| # | Name | Numbers | Date | Time | Duration | Type | Notes |
|---|---|---|---|---|---|---|---|
| 269 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-25 | 4:29 PM | 00s | Rejected | |
| 268 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-25 | 6:09 PM | 00s | Missed | |
| 263 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-26 | 10:09 AM | 00s | Missed | |
| 262 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-26 | 10:58 AM | 00s | Missed | |
| 260 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-26 | 4:52 PM | 00s | Rejected | |
| 258 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-03-27 | 10:52 AM | 00s | Missed | |
| 221 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-02 | 10:49 AM | 00s | Missed | |
| 213 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 10:59 AM | 00s | Missed | |
| 211 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 1:32 PM | 09s | Incoming | |
| 205 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 5:38 PM | 23m 15s | Incoming | **Keisha with auto serives. The day i signed up for warranty** |
| 204 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 5:46 PM | 00s | Missed | |
| 203 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 5:59 PM | 00s | Missed | |
| 202 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-03 | 6:34 PM | 10s | Incoming | |
| 199 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-04 | 1:16 PM | 05s | Outgoing | take off the list |
| 191 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-06 | 10:38 AM | 10m 58s | Incoming | Laura with the warranty department. I told her that I had signup the other day and she put me back through to the same guy and he removed me from the list |
| 184 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-06 | 6:33 PM | 00s | Missed | |
| 180 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-07 | 11:50 AM | 00s | Missed | |
| 179 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-07 | 12:18 PM | 02m 09s | Incoming | |
| 113 | CarGUARD AMBER | 7723706848 +17722472952 | 2020-04-24 | 10:12 AM | 00s | Outgoing | |
| 384 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-13 | 11:49 AM | 00s | Missed | |
| 377 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-13 | 6:39 PM | 10s | Incoming | |
| 367 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-16 | 12:27 PM | 00s | Missed | |
| 354 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-19 | 12:22 PM | 32s | Incoming | |
| 278 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-25 | 12:21 PM | 34s | Incoming | Erica from Toyota Auto Services |
| 264 | Carguard ERICA | 7723706848 +17724971252 | 2020-03-26 | 10:01 AM | 00s | Missed | |
| 414 | Carguard Hilldrid | 7723706848 +17724971249 | 2020-03-09 | 4:07 PM | 23m 34s | Incoming | **Spoke with Hildred and after verified that my car was elidgable I asked for the companys website to verify that this call was not a scam.** |
| 282 | Carguard Hilldrid | 7723706848 +17724971249 | 2020-03-24 | 2:32 PM | 00s | Missed | |
| 605 | Carguard Robocall | 7723706848 +17722475050 | 2020-02-10 | 12:18 PM | 00s | Missed | |
| 358 | Carguard Robocall | 7723706848 +17722475050 | 2020-03-18 | 2:19 PM | 00s | Rejected | |
| 315 | Carguard Robocall | 7723706848 +17722475050 | 2020-03-21 | 5:59 PM | 00s | Outgoing | |
| 291 | Carguard Robocall | 7723706848 +17722475050 | 2020-03-23 | 5:02 PM | 30s | Incoming | **hi im calling from vehicale servicing our records show that you warranty has expired.** |

| | | | | | |
|---|---|---|---|---|---|
| 530 CarguardAdmin Warr | 7723706848 +19494181217 | 2020-02-24 | 1:51 PM 11m 52s | Incoming | **Spoke with someone who gave me quote and I asked for the companys website to verify it wasnt a scam. I given Car Guards website** |
| 355 CarguardAdmin Warr | 7723706848 +19494181217 | 2020-03-19 | 11:46 AM 19s | Incoming | |
| 276 CarguardAdmin Warr | 7723706848 +19494181217 | 2020-03-25 | 12:34 PM 12s | Outgoing | |
| 275 CarguardAdmin Warr | 7723706848 +19494181217 | 2020-03-25 | 12:34 PM 13s | Outgoing | |
| 536 CHRISTIAN CarGuard | 7723706848 +17723614279 | 2020-02-24 | 10:39 AM 00s | Missed | |
| 533 CHRISTIAN CarGuard | 7723706848 +17723614279 | 2020-02-24 | 11:23 AM 11s | Outgoing | |
| 527 CHRISTIAN CarGuard | 7723706848 +17723614279 | 2020-02-24 | 4:48 PM 06s | Outgoing | |
| 518 CHRISTIAN CarGuard | 7723706848 +17723614279 | 2020-02-26 | 6:00 PM 00s | Outgoing | |